

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Cecil Adams v. Rebecca Ross

Appellate case number:   01-18-00628-CV

Trial court case number: 1084022

Trial court:             County Civil Court at Law No. 3 of Harris County

The Court has been advised that appellant Cecil Adams failed to serve his notice of appeal on all parties to the trial court's final judgment—in particular, Maxine Adams Trice. A notice of appeal must be served on all parties to the final judgment. *See* TEX. R. APP. P. 25.1(e). The record contains no proof of service. *See* TEX. R. APP. P. 9.5(d). We are required to advise appellant of this defect so that appellant can remedy it. *See Pena v. McDowell*, 201 S.W.3d 665, 667 (Tex. 2006) (citing.to TEX. R. APP. P. 37.1).

Accordingly, this appeal may be dismissed for failure to comply with Rules 25.1(e) or 9.5(d), unless **within 10 days from the date of this order** appellant provides proof of service of his notice of appeal to Maxine Adams Trice, a party to the trial court's judgment.

It is so ORDERED.


Judge's signature: ____/s/ Justice Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: ___February 5, 2019____